AUSA Lauren Jorgensen

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>FRANCIS BESSON<br><br>*Defendant(s)* | Case No. 13-8081-DLB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 19, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111 | Forcible assualt on a federal employee while the employee was engaged in the performance of official duties, and where such act involved physical contact with the victim of the assualt. |

This criminal complaint is based on these facts:

At approximately 1:00 a.m., on 2/19/13, the defendant was a patient in the Emergency Room (E. R.) at the Veteran's Administration Hospital in West Palm Beach, FL. Two medical staff members witnessed the defendant grab the victim, F. T., by the shoulder and physically push him into the hallway from a room within the E. R. while F. T. was acting as the Administrator on Duty and in the performance of F. T.'s official duties at the Veteran's Administration Hospital.

☐ Continued on the attached sheet.

*Complainant's signature*

__V. A. POLICE OFFICER DAVID SILVA__
*Printed name and title*

Sworn to before me and signed in my presence.
the Court finds probable cause.

Date: __02/19/2013__

*Judge's signature*

City and state: __West Palm Beach, Florida__     DAVE LEE BRANNON, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8081-DLN

### BOND RECOMMENDATION

DEFENDANT: Francis Besson

Personal Surety Bond $10,000.00

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
AUSA: LAUREN E. JORGENSEN

Last Known Address: _____

What Facility: West Palm Beach County Jail

Agent(s): Officer David Silva, VA
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Veteran Administration

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   13-8081-DLB

UNITED STATES OF AMERICA

vs.

FRANCIS BESSON,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561)  820-8711
Fax: (561)  820-8777
Email: lauren.jorgensen@usdoj.gov